UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FAUSTO L. LOPEZ,

                         Petitioner,

-vs-                                                                                 Case No. 8:10-cv-2721-T-33EAJ

ANTHONY HAYNES, Warden,

                         Respondent.
_____/

**ORDER**

This matter is before the Court for consideration of Lopez's 28 U.S.C. § 2241 petition for writ of habeas corpus. (Doc. 1). After consideration, the Court concludes that the petition should be dismissed without prejudice.

Discussion

Because Lopez is incarcerated in a federal prison facility located in Jesup, Georgia, he should have filed his petition with a federal district court located in that geographic area. *See United States v. Saldana,* 273 Fed. Appx. 845, 846 (11th Cir. 2008) (unpublished opinion) (stating that "[o]nly a court inside the district where the petitioner is confined has jurisdiction to grant relief pursuant to a § 2241 petition") (citations omitted). *See also, Lee v. Wetzel,* 244 F.3d 370, 373 (5th Cir. 2001) ("the district of incarceration is the only district

that has jurisdiction to entertain a defendant's § 2241 petition") (citations omitted).

Accordingly, the Court orders:

1. The petition (Doc. 1) is dismissed without prejudice to Petitioner's filing the petition in the appropriate court.

2. The Clerk shall close this case.

ORDERED at Tampa, Florida, on December 10, 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Fausto L. Lopez